247 So.2d 864

**Pearl ROME and Percy Rome**

v.

**S. D'ANTONI, INC., Harvey H. Miller and The Travelers Insurance Company.**

No. 51421.

May 24, 1971.

In re: Pearl Rome and Percy Rome applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 246 So.2d 331.

Writ refused. Under facts found by the Court of Appeal there is no error of law in their judgment.

247 So.2d 864

**Lenix STELLY**

v.

**QUICK MANUFACTURING COMPANY, Inc., et al.**

No. 51428.

May 24, 1971.

In re: Lenix Stelly applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 246 So.2d 302.

Writ refused. Under the facts found by the Court of Appeal there is no error of law in the judgment.